UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-61705-CIV-SEITZ/O'SULLIVAN

BROWARD MARINE REFIT, LLC,

    Plaintiff,

PATRICIA NEAL RAKOLTA, Trustee of
THE PATRICIA NEAL RAKOLTA TRUST,

    Intervenor Plaintiff

CINDI GEORGE and PATRICIA NEAL RAKOLTA
KIETH,

    Intervenor Plaintiffs,

v.

M/Y "VICTORY", a 1960, 101' G E Vries
Lentsch Werf motor yacht, O.N. US 1085018
her engines, tackle, apparel and appurtenances,
*in rem*, and her Owner, PINNACLE YACHT
INTERNATIONAL, INC., *in personam*,

    Defendants.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court on the Report and Recommendation [DE 70] of Magistrate Judge John J. O'Sullivan, to which no party filed objections. Judge O'Sullivan recommends that the Court grant Plaintiff's Motion to Enforce Settlement Agreement [DE 61], enter judgment in favor of the Plaintiff and against the vessel, and direct the United States Marshal to sell the vessel at a foreclosure sale. The Court has carefully reviewed, *de novo*, Judge O'Sullivan's Report and Recommendation and the record, and fully agrees with Judge O'Sullivan's recommendations. Accordingly, it is hereby

    ORDERED that

    (1) Judge O'Sullivan's Report and Recommendation [DE 70] is AFFIRMED AND ADOPTED.

    (2) The Court will concurrently enter a judgment in favor of Plaintiff and against the vessel, her engines, tackle, apparel and appurtenances, *in rem*, and Pinnacle Yacht International, Inc. in the amount of $240,000.00.

(3) Pinnacle shall execute a mortgage in the amount of $240,000.00 to the Plaintiff no later than **August 24, 2009**.

(4) Plaintiff shall receive a first priority lien on the vessel.

(5) After Plaintiff receives the duly executed mortgage described in Paragraph 3, the United States Marshal is directed to sell the vessel, free and clear of all liens and encumbrances, at an auction and foreclosure sale in accordance with Supplemental Admiralty Rule E of the Local Rules of the Southern District of Florida.

(6) At the auction and foreclosure sale, the Plaintiff, as holder of a first priority lien, shall be entitled to bid using its concurrently issued judgment or any part thereof in lieu of cash and shall not be required to pay cash or other payment, either as a deposit at the time of the sale or as a balance of the purchase price.

(7) If the vessel is sold at the auction to a party other than the Plaintiff, then the proceeds of the sale shall be applied first to satisfy the Plaintiff's judgment in the amount of $240,000.00.

(8) The intervening Plaintiffs shall not be entitled to object to the confirmation of the sale.

DONE and ORDERED in Miami, Florida, this 5th day of August, 2009.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:
Magistrate Judge O'Sullivan
Counsel of Record

-2-